# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LARRY JONES                                                                                    PLAINTIFF

V.                                  5:0900388-WRW-JJV

DANNY FORD, Sheriff, Dallas County;
PAUL OWENS, Jail Administrator,
Dallas County Detention Center; RICK
WELLS, Jailer, Dallas County Detention Center;
and DALLAS COUNTY, ARKANSAS                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to file an Amended Complaint within thirty (30) days of the entry date of the partial recommended disposition, setting forth the specifically-requested information outlined above;

2. Plaintiff's claims regarding his fall are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted;

DATED this 1st day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE