# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LARRY JONES,                                                                             PLAINTIFF

V.                             5:09CV00388-WRW-JJV

DANNY FORD, Sheriff, Dallas County; *et.al.*                        DEFENDANTS

## **ORDER**

      The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe . No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      .     IT IS THEREFORE ORDERED that the Motion (Doc. No. 19) of Separate Defendant Dallas County for dismissal of the claims against it is GRANTED.

      DATED this 26th day of August, 2010.

                                                      /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE