IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LARRY JONES**                                                                                                            **PLAINTIFF**
**Reg # 25387-009**

v.                                                  **5:09CV00388-BRW-JJV**

**DONNY FORD, Sheriff, Dallas County;**
**PAUL OWEN, Jail Administrator, Dallas**                                               **DEFENDANTS**
**County Detention Center; and RICK WELLS,**
**Jailer, Dallas County Detention Center**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims are DISMISSED with prejudice; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

DATED this 28th day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE