**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LARRY JONES**                                                                    **PLAINTIFF**
**Reg # 25387-009**

**v.**                                    **5:09CV00388-BRW-JJV**

**DONNY FORD, Sheriff, Dallas County;**
**PAUL OWEN, Jail Administrator, Dallas**                     **DEFENDANTS**
**County Detention Center; and RICK WELLS,**
**Jailer, Dallas County Detention Center**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.  The Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order would not be taken in good faith.

DATED this 28th day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE